# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IQBAL KAZMI and FARHAT KAZMI | § § § | |
| V. | § § | CASE NO. 4:11-CV-375<br>Judge Schneider/Judge Mazzant |
| BAC HOME LOANS SERVICING, L.P., ET AL. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 3, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, L.P., and Federal National Mortgage Association's a/k/a Fannie Mae's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Summary Judgment (Dkt. #12) should be granted.

The Court, having made a *de novo* review of Plaintiffs' objections and Defendants' response to Plaintiffs' objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendants Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, L.P. and Federal

National Mortgage Association a/k/a Fannie Mae's Motion for Summary Judgment (Dkt. #12) is GRANTED and all claims are DISMISSED with prejudice.

**It is SO ORDERED.**

**SIGNED this 24th day of February, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE